UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PROXIMITY AEROSPACE, LTD, a foreign company, for its self and as assignee of certain rights and interests of JETSMART AVIATION, LTD., a foreign company,

    Plaintiff,

v.

STELLAR AVIATION COMPANY, INC., a Delaware corporation,

    Defendant.
_____/

GENERAL JURISDICTION DIVISION

CASE NO. 20-CV-81982

## COMPLAINT

PLAINTIFF PROXIMITY AEROSPACE LTD, a foreign company, for its self and as assignee of certain rights and interests of JETSMART AVIATION, LTD., a foreign company, (hereinafter "PROXIMITY"), by and through its undersigned counsel, files this Complaint for damages against Defendant STELLAR AVIATION COMPANY, INC., a Delaware corporation (hereinafter "STELLAR"), and in support hereof, further states as follows:

### JURISDICTION AND VENUE

1. Plaintiff PROXIMITY is a foreign company incorporated under the Labuan Companies Act 1990 in the Federal Territory of Labuan, Malaysia, with its principal place of business in the Federal Territory of Labuan, Malaysia.

2. Assignor JETSMART AVIATION, LTD is a foreign company registered in the Republic of Seychelles as a Seychelles International Business Company, with its principal place of business in Victoria, Mahe, the Republic of Seychelles.

1

3. Defendant STELLAR is a Delaware Corporation with its principal place of business in Boca Raton, Florida.

4. STELLAR and JETSMART AVIATION, LTD entered into a Commission Agreement (hereinafter the "Commission Agreement") whereby the parties agreed to certain terms, including a jurisdictional provision stating that the Commission Agreement, "shall be governed by and construed by reference to Florida law and the parties hereto agree that the court of Florida shall have jurisdiction to adjudicate any dispute, which arises in connection with this Agreement." *See Exhibit A – Commission Agreement.*

5. The amount in controversy exceeds the jurisdictional threshold of $75,000 and otherwise comports with the requirements for jurisdiction in the district courts under 28 U.S.C §1332 under diversity of citizenship. For the reasons set forth herein, jurisdiction and venue are proper in the United States District Court in and for the Southern District of Florida.

## FACTS APPLICABLE TO ALL COUNTS

6. At all times material prior to September 12, 2017, and pursuant to the Commission Agreement, STELLAR was the purported rightful owner of a certain Bombardier Global 6000 jet aircraft. On or about September 12, 2017, STELLAR and JETSMART AVIATION, LTD entered into the Commission Agreement whereby STELLAR agreed to pay commission fees in the amount of $459,996.00 (Four Hundred and Fifty Nine Thousand and Nine Hundred and Ninety Six United States Dollars) in 6 equal installments of $76,666.00 (hereinafter the "Commission Payments") upon successfully completing the sale of the Aircraft to a buyer identified by JETSMART AVIATION, LTD.

2

GRIFFIN & SERRANO, P.A.
707 SOUTHEAST 3RD AVENUE, SIXTH FLOOR,
FORT LAUDERDALE, FLORIDA 33316, TELEPHONE (954) 462-4002, FACSIMILE (954) 462-4009

7. The Aircraft was successfully sold to a buyer identified by JETSMART AVIATION, LTD and, in accordance with the Commission Agreement, STELLAR began making the agreed Commission payments.

8. On or about October 15, 2018, JETSMART AVIATION, LTD entered into an Assignment Agreement with PROXIMITY (*Exhibit B – Assignment)*, whereby JETSMART AVIATION, LTD assigned several rights and interests in and to the Commission Agreement to PROXIMITY, including the remaining proceeds of the Commission Agreement.

9. At all times material STELLAR acknowledged in writing the notice of and consent to all of the terms of the Assignment Agreement. *See Exhibit B – Annex 1 to Assignment Agreement.* STELLAR continued making the Commission Payments to PROXIMITY in accordance with the Commission Agreement and the Assignment Agreement.

10. STELLAR made 4 Commission Payments pursuant to the Commission Agreement totaling $306,664.00. Thereafter, STELLAR has refused to deliver further Commission Payments. As of the filing of this Complaint, STELLAR owes 2 Commission Payments totaling $153,332.00.

11. All material terms and conditions have been satisfied, acquiesced and/or waived.

## COUNT I – BREACH OF CONTRACT

12. Plaintiff PROXIMITY reasserts the allegations of paragraphs 1 through 11 as if fully set forth therein.

13. Defendant STELLAR entered into the Commission Agreement whereby STELLAR agreed to pay periodic Commission Payments.

14. STELLAR materially breached the term of the Commission Agreement by failing to tender Commission Payments in accordance therewith.

3

15. PROXIMITY, as recognized assignee of the remaining payments due under the Commission Agreement, has sustained damaged in the amount of, *inter alia,* the unpaid Commission Payments.

WHEREFORE, Plaintiff PROXIMITY respectfully requests that this Honorable Court enter judgment in its favor and against Defendant STELLAR for all damages available under the law and such other relief the Court deems proper.

## COUNT II – UNJUST ENRICHMENT (PLEAD IN THE ALTERNATIVE)

16. Plaintiff PROXIMITY reasserts the allegations of paragraphs 1 through 11 as if fully set forth therein.

17. In the alternative, and to the extent that the Commission Agreement is deemed unenforceable by PROXIMITY against STELLAR, STELLAR has received a benefit in the procurement of a buyer for its Bombardier Global 6000 jet aircraft and completion of the sale of the Aircraft.

18. At all times material, STELLAR had full knowledge of the benefit conferred to it and retained the fruits and benefits, including the benefits of procurement of a buyer for its Bombardier Global 6000 jet aircraft and the completion of the sale of the Aircraft.

19. Despite the foregoing, STELLAR has refused to pay compensation PROXIMITY for the benefits STELLAR received.

20. The circumstances are such that it would be inequitable for STELLAR to retain the benefits conferred to it without payment for such benefits.

21. Should the Court determine that the Commission Agreement and/or the Assignment Agreement are unenforceable or fail to provide PROXIMITY an adequate remedy at law, PROXIMITY demands judgment against STELLAR for STELLAR'S unjust enrichment.

4

**GRIFFIN & SERRANO, P.A.**
707 SOUTHEAST 3RD AVENUE, SIXTH FLOOR,
FORT LAUDERDALE, FLORIDA 33316, TELEPHONE (954) 462-4002, FACSIMILE (954) 462-4009

WHEREFORE, Plaintiff PROXIMITY respectfully requests that this Honorable Court enter judgment in its favor and against Defendant STELLAR for all damages available under the law and such other relief the Court deems proper.

### COUNT III – ACCOUNT STATED

22. Plaintiff PROXIMITY reasserts the allegations of paragraphs 1 through 11 as if fully set forth therein

23. PROXIMITY has delivered several invoices for amounts due from STELLAR in the form of Invoice #1006 and Invoice # 1007. *See Composite Exhibit "C"*.

24. STELLAR has received the Invoices set forth in *Exhibit C*, and has not objected to the amount due. Failure to object evinces STELLAR'S implicit promise to pay amount owed to PROXIMITY.

25. PROXIMITY is owed $153,332.00 as of the filing of this Complaint, together with interests, costs and other recoverable damages available.

WHEREFORE, Plaintiff PROXIMITY respectfully requests that this Honorable Court enter judgment in its favor and against Defendant STELLAR for all damages available under the law and such other relief the Court deems proper.

### DEMAND FOR JURY TRIAL

Plaintiff PROXIMITY hereby demands a trial by jury for all issues so triable.

**GRIFFIN & SERRANO, P.A.**
707 SOUTHEAST 3RD AVENUE, SIXTH FLOOR,
FORT LAUDERDALE, FLORIDA 33316, TELEPHONE (954) 462-4002, FACSIMILE (954) 462-4009

Respectfully submitted 28 October 2020 via electronic format in accordance with Administrative Order 2006-26.

        **GRIFFIN & SERRANO, P.A.**
Attorneys for PROXIMITY
Blackstone Building, Sixth Floor
707 Southeast 3rd Avenue
Fort Lauderdale, Florida 33316
Phone: (954) 462-4002
Fax: (954) 462-4009

 /s/ *Juan R. Serrano*
Juan R. Serrano
Florida Bar No. 319510
Andres Millon
Florida Bar No. 112649

6

**GRIFFIN & SERRANO, P.A.**
707 SOUTHEAST 3RD AVENUE, SIXTH FLOOR,
FORT LAUDERDALE, FLORIDA 33316, TELEPHONE (954) 462-4002, FACSIMILE (954) 462-4009